**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

AMBER YBARRA                                                          PLAINTIFF
ADC #710487

V.                                    NO: 4:13CV00562 SWW

AMANDA SMITH                                                        DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of November, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE